■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEJUAN BROWN, Appellant. [971 NYS2d 455]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 24, 2011 (*People v Brown*, 84 AD3d 1263 [2011]), affirming a judgment of the Supreme Court, Kings County, rendered November 25, 2003.

Ordered that the application is denied.

The appellant failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Chambers, J.P., Lott, Roman and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN FUENTES, Appellant. [971 NYS2d 218]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Lasak, J.), imposed November 9, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Rojas*, 108 AD3d 576 [2013]; *People v Shoker*, 107 AD3d 1020 [2013]). Eng, P.J., Angiolillo, Balkin and Hall, JJ., concur.